```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEREMY S. KROGER, Bar # 258956
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JAIRO FERNANDEZ

 7

 8                    IN THE UNITED STATES DISTRICT COURT

 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 1:11-cr-00174 AWI-2
                                     )
12             Plaintiff,            )
                                     )   STIPULATION TO CONTINUE
13       v.                          )   STATUS CONFERENCE HEARING;
                                     )   ORDER THEREON
14  JAIRO FERNANDEZ,                 )
                                     )   Date:  October 24, 2011
15             Defendant.            )   Time:  9:00 a.m.
    _____)   Dept : Hon. Anthony W. Ishii
16
```

17

18      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

20 for October 17, 2011, **may be continued to October 24, 2011, at 9:00 a.m.**

21      The parties request this one-week continuance to provide time to work out the remaining details of

22 an anticipated plea agreement. The requested continuance will conserve time and resources for all parties

23 and the Court.

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 12, 2011     By:     /s/ Henry Z. Carbajal
                                    HENRY Z. CARBAJAL, III
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 12, 2011     By:     /s/ Jeremy S. Kroger
                                    JEREMY S. KROGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Jairo Fernandez

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   October 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

Fernandez / Stipulation to Continue Status Conference Hearing; Order Thereon          2