**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, YURI MACHADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YURI MACHADO,<br><br>Defendant. | CASE NO. 1:11-CR-00174 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: January 3, 2012<br>TIME: 9:00 am<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his respective attorney, to continue the Status Conference hearing from Tuesday, January 3, 2012 at 9:00 a.m. to Tuesday, January 17, 2012, at 9:00 a.m. The reason for the continuance is that defense counsel is consulting with an immigration specialist that cannot meet with counsel until Wednesday, January 4, 2012.

The parties respective also agree that any delay resulting from this continuance shall be excluded in the interest of justice to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(1).

DATED: December 16, 2011

                                          Respectfully submitted,

                                          /S/ Richard A. Beshwate, Jr._____
                                          RICHARD A. BESHWATE, JR.
                                          Attorney for Defendant,
                                          YURI MACHADO

DATED: December 16, 2011

Respectfully submitted,

/S/ Henry Z. Carbajal
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
Agreed to via telephone on 12/14/11

**ORDER**

IT IS SO ORDERED.

Dated:     December 16, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE