BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      1:11-CR-00174-AWI
                               )
                Plaintiff,     )      ORDER FOR FORFEITURE
                               )      MONEY JUDGMENT
        v.                     )
                               )
YURI PEREZ MACHADO,            )
                               )
                Defendant.     )
_____)

        Based upon the United States' Application for Forfeiture Money

Judgment and the plea agreement entered into between plaintiff

United States of America and defendant Yuri Perez Machado,

        IT IS HEREBY ORDERED that

        1.    The defendant Jorge Palenzuela shall forfeit to the United

States the sum of $209,843.59 and that the Court imposes a personal

forfeiture money judgment against defendant in that amount.

        2.    Any funds applied towards such judgment shall be forfeited

to the United States of America and disposed of as provided for by

law.  Prior to the imposition of sentence, any funds delivered to

the United States to satisfy the personal money judgment shall be

seized and held by the U.S. Secret Service, in its secure custody

1  and control.

2  　　3.　This Order of Forfeiture shall become final as to the

3  defendant at the time of sentencing and shall be made part of the

4  sentence and included in the judgment.

5  　　4.　The United States may, at any time, move pursuant to Rule

6  32.2(e) to amend this Order of Forfeiture to substitute property

7  having a value not to exceed $209,843.59 to satisfy the money

8  judgment in whole or in part.

9

10 IT IS SO ORDERED.

11

   Dated:　　　　March 26, 2012
12                                          CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28