```
1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, JORGE PALENZUELA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:11–CR-0174-AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF SENTENCING HEARING |
| v. | ) | |
| JORGE PALENZUELA, | ) | Date:    Monday, April 23, 2012 |
| | ) | Time:    10:00 a.m. |
| Defendant. | ) | Courtroom: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney of record, that the time set for the Sentencing Hearing set for Monday, April 23, 2012 at 10:00 a.m. be moved forward to Monday, April 2, 2012 at 10:00 a.m. The reason for moving this date is to avoid the possibility that Mr. PALENZUELA's incarceration credits will exceed his sentence.

                                                Respectfully submitted,

DATED:  March 27, 2012                        /s/   Salvatore Sciandra
                                                                  SALVATORE SCIANDRA
                                                                   Attorney for Defendant,
                                                                   JORGE PALENZUELA

/ / /

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  / / /

4  DATED: March 27, 2012         /s/   Henry Carbajal
                                 HENRY CARBAJAL
5                                Assistant United States Attorney

6                                This was agreed to via email on 3/21/12

7

8                        **ORDER**

   IT IS SO ORDERED.
9

10 Dated:   March 27, 2012        _____
                                  CHIEF UNITED STATES DISTRICT JUDGE
11