1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, JORGE PALENZUELA

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )   CASE NUMBER: 1:11–CR-0174-AWI
                                      )
11            Plaintiff,               )   STIPULATION AND  ORDER FOR A
                                      )   RESETTING OF SENTENCING
12 v.                                  )   HEARING
                                      )
13 JORGE PALENZUELA,                  )   Date:    Monday, April 23, 2012
                                      )   Time:    10:00 a.m.
14            Defendant.               )   Courtroom:  Honorable Anthony W. Ishii
                                      )
15

16        **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney of record, that the time set for the Sentencing Hearing set

18 for Monday, April 23, 2012 at 10:00 a.m. be moved forward to Monday, April 2, 2012 at 10:00 a.m.

19 The reason for moving this date is to avoid the possibility that Mr. PALENZUELA's incarceration

20 credits will exceed his sentence.

21                                          Respectfully submitted,

22

23 DATED:  March 27, 2012                    /s/   Salvatore Sciandra
                                            SALVATORE SCIANDRA
24                                          Attorney for Defendant,
                                            JORGE PALENZUELA
25 / / /

26 / / /

27 / / /

28 / / /

/ / /

/ / /

/ / /

DATED: March 27, 2012         /s/   Henry Carbajal
                              HENRY CARBAJAL
                              Assistant United States Attorney

                              This was agreed to via email on 3/21/12

**ORDER**

IT IS SO ORDERED.

Dated:   March 27, 2012       _____
                              CHIEF UNITED STATES DISTRICT JUDGE