Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Jorge PALENZUELA |
| **Docket Number:** | 1:11CR00174-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 04/02/2012 |
| **Original Offense:** | 18 USC 371 - Conspiracy<br>(CLASS D FELONY) |
| **Original Sentence:** | 12 months 1 day BOP; 3 years TSR; mandatory drug testing; $100 SA. |
| **Special Conditions:** | No weapons; warrantless search and seizure; financial disclosure; no new credit; up to 120 days RRC; $70,464.06 restitution. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/27/2012 |
| **Assistant U.S. Attorney:** | Henry Z. Carbajal III      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Salvatore Sciandra (apptd)      **Telephone:** (559) 233-1000 |
| **Other Court Action:** | |
| **08/15/2012**: | 12A1 submitted to the Court advising the defendant was unable to make payments toward the financial obligations in this case based upon unemployment due to his illegal status in this country but Immigration and Customs Enforcement's inability to deport him in that he is a native of Cuba. The |

RE: Jorge PALENZUELA
Docket Number: 1:11CR00174-001
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | probation officer recommended no negative action be taken which the Court approved on August 20, 2012. |
| 09/21/2012: | 12B submitted to the Court requesting the defendant be allowed to live in the residential re-entry center for up to 120 days to allow him time to obtain employment and establish a personal residence, which the Court approved on September 24, 2012. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point, in Bakersfield, California, for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The defendant has resided in the Turning Point residential re-entry center in Bakersfield, California, since June 6, 2012. The defendant obtained a temporary work permit from Immigration and Customs Enforcement and continues to seek permanent residency status in the United States. He was able to obtain employment as a field laborer; however, the work has been sporadic and is seasonal with no work currently available. Therefore, the defendant has not saved enough funds to secure a personal residence and his current placement at the RRC is due to expire on January 31, 2013.

It is respectfully recommended the defendant be allowed to remain at the RRC for an additional period of up to 120 days, during which time, he has been instructed to save enough funds to establish a personal residence. The defendant has signed a Probation Form 49 waiver consenting to the above condition.

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

**RE:** Jorge PALENZUELA
   Docket Number: 1:11CR00174-001
   PETITION TO MODIFY THE CONDITIONS OR TERM
   OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**
Telephone: (661) 321-3817

**DATED:** January 15, 2013
   Bakersfield, California
   jrm

**REVIEWED BY:** /s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** ) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

cc: United States Probation
   Henry Z. Carbajal III, Assistant United States Attorney
   Salvatore Sciandra, Appointed Counsel
   Defendant
   Court File

IT IS SO ORDERED.

Dated: January 16, 2013

SENIOR DISTRICT JUDGE